UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN FINDLING, Personal
Representative of the Estate of Eli Oles,
Deceased

          Plaintiff,

vs.      Case No. 1:21-cv-00145
    Hon.  Janet T. Neff

United States of America,
Lakeland Hospitals at Niles and St. Joseph, Inc.,
d/b/a Lakeland Hospital Niles
Kenneth W. Kaufmann, II MD
Karen D. Zienert, MD
Kayla Lowery, RN
Nancy Redman, RN
Melissa Smith, RN

          Defendants

_____/

| | |
|---|---|
| MARC LIPTON (P43877)<br>JOEL SANFIELD (P42968)<br>STEFFANI CHOCRON (P45335)<br>LIPTON LAW CENTER, P.C.<br>Attorneys for Plaintiff<br>18930 W. Ten Mile Road<br>Southfield, Michigan 48075<br>(248) 557-1688<br>marc@liptonlaw.com<br>joel@liptonlaw.com<br><br>Mark Fatum (P38292)<br>RHOADES MCKEE<br>Attorney for Dr. Kaufmann<br>55 Campau Avenue NW, #300<br>Grand Rapids, MI  49503<br>616-233-5162<br>mefatum@rhoadesmckee.com | KENNETH DAWSON SEALE (P83259)<br>SMITH HAUGHEY RICE & ROEGGE<br>100 Monroe Center NW<br>Grand Rapids, MI  49503-2802<br>(616) 774-8000/Fax 616-774-2461<br>Attorney for Defendants Lakeland Hospitals At Niles and St. Joseph, inc., Kayla Lowery, Nancy Redman, Melissa Smith and Karen D. Zienert<br>kseale@shrr.com<br>kgaskin@shrr.com<br><br>JEANNE LONG (P71470)<br>ASSISTANT UNITED STATES ATTORNEY<br>Attorney for the United States<br>330 Ionia Ave NW;  The Law Building<br>Grand Rapids, MI 49503-2549<br>616-456-2404 phone<br>616-456-2510 fax<br>Jeanne.long@usdoj.gov |

_____

### PROPOSED ORDER APPROVING SETTLEMENT WITH DEFENDANT USA ONLY, FOR REIMBURSEMENT OF COSTS AND PAYMENT OF ATTORNEY FEES AND FOR APPROVAL OF DISTRIBUTION OF PROCEEDS

**IT IS HEREBY ORDERED** that the proposed Wrongful Death Settlement of $20,000.00 (Twenty Thousand Dollars) between Plaintiff, The Estate of Eli Oles and the Defendant USA, only, is hereby approved;

**IT IS FURTHER ORDERED** that DARREN FINDLING, Personal Representative of the Estate of Eli Oles, Deceased, is hereby authorized and empowered to sign any and all necessary documents to effectuate said settlement, including releases, drafts, checks, etc.

**IT IS FURTHER ORDERED** that the attorneys costs ($515.31) and attorney fees ($4,871.17) are hereby approved as reasonable and necessary for this cause and that said costs may be immediately disbursed;

**IT IS FURTHER ORDERED** that following the payment of costs and attorney fees as outlined above, the distribution of the net settlement proceeds pursuant to MCL 600.2922, ($14,613.52),  shall be evenly divided between Eli Oles parents, Cheyenne Bennet and Sidney Oles.

**IT IS FURTHER ORDERED** that this approved settlement is full and final **only to Defendant USA.  This action remains pending against Lakeland Hospitals at Niles and St. Joseph, Inc., d/b/a Lakeland Hospitals Niles, Kenneth Kaufmann, II, MD, Karen Zienert, MD Kayla Lowery, RN, Nancy Redmond, RN, Melissa Smith RN.**

**This is not a final order and does not dismiss this action.**

_____
CIRCUIT COURT JUDGE